IN THE WESTERN DISTRICT OF ARKANSAS
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

UNITED STATES OF AMERICA,
    Plaintiff,

v.                                Civil No. 12-1015

$4,396.00 in UNITED STATES CURRENCY,
    Defendant.

## ORDER

Before the Court is the Plaintiff's Motion for Stay of Proceedings. (ECF No. 11). The United States seeks a stay of this matter due to a pending criminal case against the claimant, Whitney Charles. Upon consideration, the Court is satisfied that good cause for the motion has been shown.

Accordingly, the motion should be and hereby is GRANTED. This civil forfeiture proceeding should be and hereby is stayed and administratively terminated until such time that the criminal matter is concluded, subject to being reopened on motion of any party.

**IT IS SO ORDERED** this 16th day of January, 2015.

/s/ Susan O. Hickey
HONORABLE SUSAN O. HICKEY
UNITED STATES DISTRICT JUDGE